**FILED**

10/26/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0432

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### No. DA 20-0432

IN THE MATTER OF:

V.K.B.,

      A Youth.

## **GRANT**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until December 9, 2020 to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 26 2020